# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv9

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* CHELSEA GREENE, <br><br> Plaintiff-Relator, <br><br> Vs. <br><br> OMNI VISIONS, INC., <br><br> Defendant. | ORDER |

**THIS MATTER** is before the court on the government's Notice of Election to decline Intervention and Clifford C. Marshall's Motion to Withdraw. In accordance with the government's motion, the court will unseal the Complaint, the Notice, and this court's Order and direct that such be served on defendant.

Turning next to the motion of Mr. Marshall, in which he states that irreconcilable differences have developed between himself and the relator, and that while the relator has agreed to the withdrawal in writing, she has not agreed to such in oral communications with counsel. Further, counsel has shown to the satisfaction of the court that his withdrawal at this time is required inasmuch as the attorney-client relationship has broken down, and that relator is in the process of talking with other attorneys.

Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the government's Notice of Election to Decline Intervention, which contains a request to unseal (#9) is **ALLOWED**, and the Complaint, the government's Notice, and this Order are **UNSEALED**, with all other pleadings of record to this point remaining under **SEAL**;

**IT IS FURTHER ORDERED** that Mr. Clifford C. Marshall's Motion to Withdraw (#10) is **GRANTED,** and Mr. Marshall is relieved of further representation of relator in this matter. Mr. Marshall shall send a copy of this Order by certified mail to his former client and provide the court with relator's mailing address and telephone number.

\* \* \*

Relator is advised that she is now proceeding *pro se* and that all the responsibilities of moving this case forward, including service, are now her responsibility. Plaintiff is further advised that there are a number of other requirements in maintaining a *qui tam* action where the government has declined to intervene, and that she will be best served by retaining counsel as soon as possible.

Signed: September 4, 2007

Dennis L. Howell
United States Magistrate Judge